UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VOLT ELECTRIC NYC CORP.,

                              Plaintiff,                    20 Civ. 4185 (PAE)

               -v-

A.M.E., INC., HEMANT R. PATEL,                    ORDER

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

      The Court has reviewed the parties' latest exchange of letters regarding the documentation produced by A.M.E., Inc. ("AME") as to its claimed damages. Dkts. 26–27. The Court denies the application by Volt Electric NYC Corp. ("Volt") for an additional round of disclosures. AME has set out with specificity and by category the damages it claims. And the Court has been given no reason to discredit the representation by counsel for AME that all documentary evidence bearing on damages has been produced. Volt is at liberty during depositions to pursue testimony bearing on the basis, or lack thereof, for AME's claimed damages, including the relationship of individual checks to individual line items of damages. Separately, the Court reminds counsel that counsel are required to meet and confer prior to raising a discovery dispute with the Court. *See* Individual Rule 2(C). Volt does not appear to have done so here. Such a communication might well have mooted this dispute, by giving Volt greater insight into AME's manner of tabulating its claimed damages.

SO ORDERED.

_____\
Paul A. Engelmayer\
United States District Judge

Dated: November 24, 2020\
       New York, New York