UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOLT ELECTRIC NYC CORP.,

                            Plaintiff,

          -v-

A.M.E., INC., HEMANT R. PATEL,

                            Defendants.

20 Civ. 4185 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiff Volt Electric NYC Corp.'s proposed amended case management plan. Dkt. 29. By close of business on December 3, 2020, the parties should file a statement with the Court indicating whether the motion is made with consent of the defendants.

      SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                         Paul A. Engelmayer
                                                          United States District Judge

Dated: December 2, 2020
         New York, New York