UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOLT ELECTRIC NYC CORP.,

                        Plaintiff,

          -v-

A.M.E., INC., HEMANT R. PATEL,

                        Defendants.

20 Civ. 4185 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Defendants A.M.E., Inc. and Hemant R. Patel have filed a motion to quash certain non-party subpoenas issued by plaintiff Volt Electric NYC Corp. Dkt. 41. Plaintiff's opposition, if any, is due January 13, 2021.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 8, 2021
       New York, New York

1