UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOLT ELECTRIC NYC CORP.,

                                              Plaintiff,

                -v-

A.M.E., INC., HEMANT R. PATEL,

                                              Defendants.

20 Civ. 4185 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' letters regarding a discovery dispute over the production of documents relating to estimates by defendant A.M.E., Inc. ("AME") for its contract with Henick-Lane, Inc. ("Henick-Lane"), the mechanical contractor on the Jewish Theological Seminary project. *See* Dkts. 54–57. Plaintiff Volt Electric NYC Corp. ("Volt") seeks to compel production of all such documents. AME contends that these are not relevant to the claims at issue.

To assist the Court in its review, by March 26, 2021 at 5 p.m., the parties are directed to file a ***joint*** letter setting forth the parties' responses, in sequence, to the following questions:

- What concretely are "final terminations" and "final termination work," and how do these relate to Volt's subcontractor role and to the larger Jewish Theological Seminary project?;

- How do AME's estimates or internal pricing with Henick-Lane relate to Volt's subcontractor obligations, including its alleged obligation to perform "final terminations"?;

- What if any burden would production of these documents place on AME or Patel?; and

- Are there less burdensome means to obtain the information that Volt seeks to discover?

1

The parties are also instructed to attach any contracts between AME and Volt on which either party relies in their letters regarding this dispute or the forthcoming joint letter.

SO ORDERED.

                                   *Paul A. Engelmayer*
                                   _____
                                   Paul A. Engelmayer
                                   United States District Judge

Dated: March 23, 2021
          New York, New York