UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLT ELECTRIC NYC CORP., <br><br> Plaintiff, <br> -v- <br><br> A.M.E., INC., HEMANT R. PATEL, <br><br> Defendants. | 20 Civ. 4185 (PAE) <br> 21 Civ. 1743 (PAE) <br> 21 Civ. 2986 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court set a May 24, 2021 deadline for the limited discovery occasioned by the new complaints in the related cases of *Volt Electric NYC Corp. v. Amit Patel et al.*, No. 21 Civ. 1743 (S.D.N.Y.), and *A.M.E. Inc. v. Elite Consulting LLC et al.*, No. 21 Civ. 2986 (S.D.N.Y.), and the following schedule for the briefing of the parties' anticipated motions for summary judgment on the claims in those cases:

- The Joint Statement of Undisputed Facts is due June 14, 2021;
- Plaintiff's motion for summary judgment is due July 9, 2021;
- Defendants' motion for summary judgment and opposition to plaintiff's motion for summary judgment are due August 4, 2021;
- Plaintiff's reply in support of its motion for summary judgment and opposition to defendants' motion for summary judgment are due August 23, 2021; and
- Defendants' reply is due September 15, 2021.

1

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: May 3, 2021
New York, New York