UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLT ELECTRIC NYC CORP. et al., <br><br> Plaintiff, <br> -v- <br><br> A.M.E., INC., HEMANT R. PATEL et al., <br><br> Defendants. | ORDER <br><br> 20 Civ. 4185 (PAE) |
| VOLT ELECTRIC NYC CORP. et al., <br><br> Plaintiff, <br> -v- <br><br> AMIT PATEL, GLENN HERTZBERG, and PAUL YINGLING, <br><br> Defendants. | 21 Civ. 1743 (PAE) |
| A.M.E., INC., <br><br> Plaintiff, <br> -v- <br><br> JIMMY BRANNA, ELITE CONSULTING LLC, and JOHN KEMPF, <br><br> Defendants. | 21 Civ. 2986 (PAE) |

PAUL A. ENGELMAYER, District Judge:

On February 16, 2021, by separate opinion & order, the Court resolved the parties' cross-motions for summary judgment and partial summary judgment. 20 Civ. 4185, Dkt. 97. The remaining claims in the above-captioned cases will therefore proceed to trial.

The parties' Joint Pretrial Order is due April 22, 2022. By that date, the parties shall

submit a Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices governing trials, available at https://nysd.uscourts.gov/hon-paul-engelmayer, and Federal Rule of Civil Procedure 26(a)(3). Counsel are to be mindful that there are distinct conventions for Joint Pretrial Orders for bench as opposed to jury trials.

Any motions *in limine*, along with the parties' proposed *voir dire* questions, jury instructions, and verdict forms, must be filed by April 22, 2022. Any oppositions to those materials are due April 29, 2022.

The Court schedules a final pretrial telephonic conference for May 11, 2022 at 2 p.m. That conference will be held in Courtroom 1305 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007—the same courtroom in which trial will be held. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain access to the courthouse. Any participant who cannot attend in person should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 31, 2022
       New York, New York