UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLT ELECTRIC NYC CORP. et al.,<br><br>        Plaintiff,<br>   -v-<br><br>A.M.E., INC., HEMANT R. PATEL et al.,<br><br>        Defendants. | ORDER<br><br>20 Civ. 4185 (PAE) |
| VOLT ELECTRIC NYC CORP. et al.,<br><br>        Plaintiff,<br>   -v-<br><br>AMIT PATEL, GLENN HERTZBERG, and PAUL YINGLING,<br><br>        Defendants. | 21 Civ. 1743 (PAE) |
| A.M.E., INC.,<br><br>        Plaintiff,<br>   -v-<br><br>JIMMY BRANNA, ELITE CONSULTING LLC, and JOHN KEMPF,<br><br>        Defendants. | 21 Civ. 2986 (PAE) |

PAUL A. ENGELMAYER, District Judge:

  For avoidance of doubt, the Court clarifies that the final pretrial conference in this case, scheduled for May 11, 2022 at 2 p.m, will be held **in-person** in Courtroom 1305 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007—the same courtroom in which trial will be held. Participants are directed to review the District's COVID-

1

19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain access to the courthouse. Any participant who cannot attend in person should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: April 19, 2022
      New York, New York