**Joint Letter**

May 25, 2022

Hon. Paul A. Engelmayer, US Dist. Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Volt Electric NYC Corp. v. A.M.E. Inc. et al.,* **SDNY 20-cv-04185-PAE**
            *Volt Electric NYC Corp. v. Amit Patel et al.,* **SDNY21-cv-01743-PAE**
            *A.M.E INC v. Elite Consulting LLC et al.,* **21-cv-02986-PAE**
    Sub-Re:    **Request For Adjournment**

Dear Hon. Paul A. Engelmayer,

    There is a currently a pre-trial conference scheduled for June 14th in the above matters (Dkt 114).

    The parties have a settlement conference with Magistrate Judge James L. Cott on June 30th. The parties request that the pre-trial conference be adjourned to a date after June 30th.

    **/s/ Karl Judah Silverberg**
    Silverberg P.C.
    320 Carleton., Ave 6400
    Central Islip, NY 11722
    *Attorney for Plaintiff Volt Electric and Jimmy Branna*

    **/s/ Danielle Elizabeth Cohen**
    Tesser & Cohen
    946 Main Street
    Hackensack, NJ 07601
    *Attorneys for Defendants AME*

Granted. The final pretrial conference currently scheduled for June 14, 2022, is adjourned and rescheduled to July 26, 2022, at 2 p.m.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge
5/26/22